**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 39642**

| | | |
|---|---|---|
| **STATE OF IDAHO,** | ) | **2012 Unpublished Opinion No. 728** |
| | ) | |
| **Plaintiff-Respondent,** | ) | **Filed: November 21, 2012** |
| | ) | |
| v. | ) | **Stephen W. Kenyon, Clerk** |
| | ) | |
| **LARRY AURELIO LUCERO, JR., aka** | ) | **THIS IS AN UNPUBLISHED** |
| **LARRY LUCERO AURELIO, LARRY** | ) | **OPINION AND SHALL NOT** |
| **AURELIO, LUCERO AURELIO,** | ) | **BE CITED AS AUTHORITY** |
| | ) | |
| **Defendant-Appellant.** | ) | |
| | ) | |
| | ) | |

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County. Hon. Renae J. Hoff, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of four years, for aggravated battery, affirmed.

Sara B. Thomas, State Appellate Public Defender; Jordan E. Taylor, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; LANSING, Judge;
and GUTIERREZ, Judge

_____

PER CURIAM

Larry Aurelio Lucero, Jr. was convicted of aggravated battery, Idaho Code §§ 18-903(b), 18-907(b). The district court sentenced Lucero to a unified term of ten years, with a minimum period of confinement of four years. Lucero appeals, contending that his sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

1

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Lucero's judgment of conviction and sentence are affirmed.